ABRAHAM HOFFENBERG and Another, Respondents, v. E. J. BRACH & SONS, Appellant.— Order affirmed, with ten dollars costs and disbursements, and defendant's time to appear, answer or demur, etc., extended ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL LIEBSTER, Respondent, v. MITCHELL M. FRIEDMAN and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the papers show that the examination is sought only to prepare for the trial of the action. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOPHIE HOUST, Respondent, v. PAUL A. McGOLRICK, Appellant, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THEODORE F. VON DORN and Others v. ROSCOE CRARY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PAUL A. NEWMAN v. JAMES W. McALPINE.— Motion to dismiss appeal denied, with leave to respondent to renew motion as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM AVEDON v. GEM DRESS HOUSE, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL EICHENBAUM and Others v. STEPHEN H. JACKSON.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MYER ROSENTHAL v. UNITED TRANSPORTATION COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JENNIE LUMB v. CHARLES E. LUMB.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STANDARD CODE COMPANY, INC., v. ARTHUR BISHOP and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OMER FEIZI v. ALEXANDER C. CASTRIOTIS and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EUGENE L. LEZINSKY COMPANY, INC., v. CHARLES HOFFMAN and Others. —Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.